IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DOYLE DEWAYNE FRYE                                         PETITIONER
ADC #115393

V.                              NO. 5:13cv00055 DPM-JTR

RAY HOBBS, Director,                                       RESPONDENT
Arkansas Department of Correction

## ORDER

Respondent has filed a Response (docket entry #8) arguing that Petitioner's 28 U.S.C. § 2254 habeas claims should be dismissed because: (1) they are all barred by the one-year statute of limitations; (2) his first and second claims do not state cognizable federal habeas claims; (3) all of his claims are procedurally defaulted because he did properly raise them in state court; and (4) alternatively, his second claim was reasonably adjudicated by the Arkansas Supreme Court in his direct appeal. A Reply to the Response would be helpful to resolution of this action.

IT IS THEREFORE ORDERED THAT Petitioner is directed to file, **on or before May 24, 2013,** a Reply addressing the arguments for dismissal raised in the Response.

1

DATED THIS 26ᵗʰ DAY OF April, 2013.

_____
UNITED STATES MAGISTRATE JUDGE