IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DOYLE DEWAYNE FRYE
ADC # 115393                                                              PETITIONER

v.                          No. 5:13-cv-55-DPM-JTR

RAY HOBBS,
Director, ADC                                                             RESPONDENT

ORDER

Motion to voluntarily dismiss to pursue exhaustion, № 16, granted.

Recommended disposition, № 13, declined.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

13 December 2013