IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DOYLE DEWAYNE FRYE
ADC # 115393                                                           PETITIONER

v.                      No. 5:13-cv-55-DPM

RAY HOBBS,
Director, ADC                                              RESPONDENT

JUDGMENT

Frye's petition for writ of habeas corpus is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 December 2013