IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DOYLE DEWAYNE FRYE
ADC # 115393                                                                  PETITIONER

v.                           No. 5:13-cv-55-DPM

RAY HOBBS,
Director, ADC                                                                 RESPONDENT

## JUDGMENT

Frye's petition for writ of habeas corpus is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

13 December 2013